# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| **KELLY LEWIS,** | ) |
| | ) |
| **Plaintiff,** | )    Case No.:4:15-cv-03221-RBH |
| v. | ) |
| | )    **ORDER FOR STAY** |
| **UNITED OF OMAHA LIFE INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

Upon Joint Motion of the parties, and with good cause being shown,

IT IS ORDERED, ADJUDGED AND DECREED that:

1. This action be and is hereby stayed until **December 1, 2015** to permit United of Omaha to complete its administrative review of Plaintiff's claim for LTD benefits;

2. Plaintiff and Defendant are stayed from taking any further action in this litigation until **December 1, 2015;**

3. United of Omaha will notify the Court of its determination no later than five (5) days following its final determination of Plaintiff's claim;

4. If United of Omaha's final determination is an adverse determination, it will answer or otherwise respond to Plaintiff's Complaint within ten (10) days of such notification, at which time the litigation will proceed in normal course; and

5. The Stay will expire and the litigation in this matter will continue upon the filing of United of Omaha's Answer or other response to Plaintiff's Complaint.

2

AND IT IS SO ORDERED.

October 7, 2015                          s/ R. Bryan Harwell
Florence, South Carolina            R. Bryan Harwell
                                                     United States District Judge